IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

TINA BLANKENSHIP and
MARK BLANKENSHIP, husband and wife,
and TINA BLANKENSHIP,
as Guardian and Next Friend of C.B.,
an infant under the age of 18 years,

    Plaintiffs,

v.

                                                  Civil Action No. 2:14-cv-26529
                                                 Judge Goodwin

WAL-MART STORES, INC.,
a Delaware Corporation licensed
to do business in the State of West Virginia,
and GENERAL ELECTRIC COMPANY,
a New York Corporation
licensed to do business in the State of West Virginia,

    Defendants.

## CERTIFICATE OF SERVICE

    I, Heather M. Noel, do hereby certify that on August 18, 2015, a true copy of the foregoing **DEFENDANT WAL-MART STORES, INC'S SUPPLEMENTAL RULE 26(a)(2) EXPERT WITNESS DISCLOSURE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

                        Troy N. Giatras, Esq.
                        The Giatras Law Firm, PLLC
                        118 Capitol Street, Suite 400
                        Charleston, WV 25301
                        *Counsel for Plaintiffs*

                        Michael Carr, Esq.
                        Christopher L. Brinkley, Esq.
                        Carr & Carr, Attorneys at Law
                        4416 South Harvard Avenue
                        Tulsa, OK 74135
                        *Counsel for Plaintiffs*

Philip J. Combs, Esq.
Aaron N. Arthur, Esq.
Sara A. Leonard, Esq.
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338
*Counsel for Defendant General Electric Company*

*A copy of the same was on this day also served via U.S. Mail.*


 /s/ Heather M. Noel
Heather M. Noel, WV Bar No. 7814
Sara E. Brown, WV Bar No. 11999
 *Counsel for Defendant Wal-Mart Stores, Inc.*
MacCorkle Lavender PLLC
2004 White Willow Way
Morgantown, WV 26505
Telephone 304/599-5600
Facsimile 304/599-8141
hnoel@mlclaw.com
sbrown@mlclaw.com