IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

TINA BLANKENSHIP and
MARK BLANKENSHIP, husband and wife,
and TINA BLANKESHIP,
as Guardian and Next Friend of C.B.,
an infant under the age of 18 years,

    Plaintiffs,

v.                                                                     Civil Action No. 2:14-cv-26529

WAL-MART STORES, INC.,
a Delaware Corporation licensed
to do business in the State of West Virginia,
and GENERAL ELECTRIC COMPANY,
a New York Corporation
licensed to do business in the State of West Virginia,

    Defendants.

## DEFENDANT WALMART STORES, INC.'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF WILLIAM KITZES

COME NOW Defendant Walmart Stores, Inc., by counsel, and, pursuant to Federal Rules of Evidence 702, 402, and 403, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and its progeny, respectfully moves the Court for an order excluding the expert opinions and testimony of Plaintiff's proffered expert, Mr. William Kitzes.

This motion, as explained in greater detail in the accompanying Memorandum of Law in Support, is based on the grounds that Mr. Kitzes opinions are unreliable, irrelevant, and inadmissible. Plaintiffs have therefore failed to meet their threshold obligations under Rule 702 and *Daubert*. This motion is supported by the Memorandum of Law in Support, Exhibits A through B attached hereto, and all other papers and pleadings on file in this action.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law in Support, Wal-Mart respectfully requests that this Court enter an order precluding Mr. Kitzes from offering any opinions or testimony at trial.

WAL-MART STORES, INC.,
By counsel.

/s/ Heather M. Noel
Heather M. Noel, WV Bar No. 7814
*Counsel for Defendant Wal-Mart Stores Inc.*
MacCorkle Lavender PLLC
2004 White Willow Way
Morgantown, WV 26505
304/599-5600 telephone
304/599-8141 facsimile
hnoel@mlclaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

TINA BLANKENSHIP and
MARK BLANKENSHIP, husband and wife,
and TINA BLANKENSHIP,
as Guardian and Next Friend of C.B.,
an infant under the age of 18 years,

    Plaintiffs,

v.                                                                               Civil Action No. 2:14-cv-26529
                                                                               Judge Goodwin

WAL-MART STORES, INC.,
a Delaware Corporation licensed
to do business in the State of West Virginia,
and GENERAL ELECTRIC COMPANY,
a New York Corporation
licensed to do business in the State of West Virginia,

    Defendants.

**CERTIFICATE OF SERVICE**

      I, Heather M. Noel, do hereby certify that on September 8, 2015, a true copy of the foregoing **DEFENDANT WAL-MART STORES, INC.'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF WILLIAM KITZES** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

                Troy N. Giatras, Esq.
                The Giatras Law Firm, PLLC
                118 Capitol Street, Suite 400
                Charleston, WV 25301
                *Counsel for Plaintiffs*

                Michael Carr, Esq.
                Christopher L. Brinkley, Esq.
                Carr & Carr, Attorneys at Law
                4416 South Harvard Avenue
                Tulsa, OK 74135
                *Counsel for Plaintiffs*

Philip J. Combs, Esq.
Aaron N. Arthur, Esq.
Sara A. Leonard, Esq.
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338
*Counsel for Defendant General Electric Company*


_/s/ Heather M. Noel_
Heather M. Noel, WV Bar No. 7814
Sara E. Brown, WV Bar No. 11999
*Counsel for Defendant Wal-Mart Stores, Inc.*
MacCorkle Lavender PLLC
2004 White Willow Way
Morgantown, WV 26505
Telephone 304/599-5600
Facsimile 304/599-8141
hnoel@mlclaw.com
sbrown@mlclaw.com