IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

TINA BLANKENSHIP and
MARK BLANKENSHIP, husband and wife,
and TINA BLANKESHIP,
as Guardian and Next Friend of C.B.,
an infant under the age of 18 years,

    Plaintiffs,

v.                                                                 Civil Action No. 2:14-cv-26529

WAL-MART STORES, INC.,
a Delaware Corporation licensed
to do business in the State of West Virginia,
and GENERAL ELECTRIC COMPANY,
a New York Corporation
licensed to do business in the State of West Virginia,

    Defendants.

**MOTION FOR PARTIAL SUMMARY JUDGMENT
OF DEFENDANT WAL-MART STORES, INC.**

Now comes the Defendant, Wal-Mart Stores, Inc. (hereinafter "Wal-Mart"), by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves the Court for partial summary judgment on the Plaintiffs' claims of negligent spoliation, intentional spoliation and punitive damages for the reason that there is no genuine issue as to any material fact regarding these claims, and this Defendant, therefore, is entitled to judgment as a matter of law. This motion is supported by the Memorandum of Law in Support, Exhibits A through O attached hereto, and all other papers and pleadings on file in this action.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law in Support, Wal-Mart respectfully requests that this Court enter an order granting partial summary judgment on the Plaintiffs' claims of negligent spoliation, intentional spoliation and punitive damages.

Respectfully submitted,

WAL-MART STORES, INC.,
By Counsel.

/s/ Heather M. Noel
Heather M. Noel, WV Bar No. 7814
*Counsel for Defendant Wal-Mart Stores Inc.*
MacCorkle Lavender PLLC
2004 White Willow Way
Morgantown, WV 26505
304/599-5600 telephone
304/599-8141 facsimile
hnoel@mlclaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

TINA BLANKENSHIP and
MARK BLANKENSHIP, husband and wife,
and TINA BLANKENSHIP,
as Guardian and Next Friend of C.B.,
an infant under the age of 18 years,

    Plaintiffs,

v.

WAL-MART STORES, INC.,
a Delaware Corporation licensed
to do business in the State of West Virginia,
and GENERAL ELECTRIC COMPANY,
a New York Corporation
licensed to do business in the State of West Virginia,

    Defendants.

Civil Action No. 2:14-cv-26529
Judge Goodwin

## CERTIFICATE OF SERVICE

    I, Heather M. Noel, do hereby certify that on September 8, 2015, a true copy of the foregoing **MOTION FOR PARTIAL SUMMARY JUDGMENT OF DEFENDANT WAL-MART STORES, INC.** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Troy N. Giatras, Esq.
    The Giatras Law Firm, PLLC
    118 Capitol Street, Suite 400
    Charleston, WV 25301
    *Counsel for Plaintiffs*

    Michael Carr, Esq.
    Christopher L. Brinkley, Esq.
    Carr & Carr, Attorneys at Law
    4416 South Harvard Avenue
    Tulsa, OK 74135
    *Counsel for Plaintiffs*

Philip J. Combs, Esq.
Aaron N. Arthur, Esq.
Sara A. Leonard, Esq.
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV 25338
*Counsel for Defendant General Electric Company*


/s/ Heather M. Noel
Heather M. Noel, WV Bar No. 7814
Sara E. Brown, WV Bar No. 11999
 *Counsel for Defendant Wal-Mart Stores, Inc.*
MacCorkle Lavender PLLC
2004 White Willow Way
Morgantown, WV 26505
Telephone 304/599-5600
Facsimile 304/599-8141
hnoel@mlclaw.com
sbrown@mlclaw.com