# EXHIBIT J

Tina Blankenship & Mark Blankenship v. Wal-Mart Stores, Inc., et al.
Deposition of Tina Blankenship
April 23, 2015

Sheet 6   Page 18

00018
01 in the middle. Okay. Who is older, your brother or
02 your sister?
03   A   My brother.
04   Q   What's your brother's name?
05   A   Todd.
06   Q   And Browning?
07   A   Yes.
08   Q   And does he work outside the home?
09   A   Yes.
10   Q   Where does he work?
11   A   He's a coal miner.
12   Q   Okay. Do you know who he works for?
13   A   No.
14   Q   Is he married?
15   A   No.
16   Q   Does he have any children over the age of
17 18?
18   A   Yes.
19   Q   What are his children's names?
20   A   Over 18?
21   Q   Yes.
22   A   Jessica.
23   Q   And does she still live in Mingo County?
24   A   No.

Page 19

00019
01   Q   Do you know where she lives?
02   A   Virginia.
03   Q   In Virginia. Okay. And your sister?
04   A   Katelyn Sergeant.
05   Q   And is she married?
06   A   No.
07   Q   And does she work outside the home?
08   A   No.
09   Q   Okay. Any particular reason she doesn't
10 work outside the home?
11   A   She's in school.
12   Q   How old is she?
13   A   Twenty.
14   Q   So she's a young sister?
15   A   Yeah.
16   Q   Okay. Gotcha. Is she in school in West
17 Virginia or is she out of state?
18   A   In West Virginia.
19   Q   In the timeframe of July 26th of 2013,
20 would it have just been you and your husband and your
21 son who resided with you at your residence?
22   A   Yes.
23   Q   Can you tell me a little bit, as best you
24 can recall, about when you obtained the food processor

Page 20

00020
01 at issue in this case?
02   A   Uh-huh. I bought the food processor. It
03 was in the summer of 2010. I needed it for cole slaw
04 for a fundraiser.
05   Q   Okay. Let me ask you, prior to that
06 time, had you ever owned a food processor?
07   A   No.
08   Q   Okay. Had you ever used a food processor
09 before?
10   A   Yes.
11   Q   Okay. Where had you used a food
12 processor previously?
13   A   At home with mom.
14   Q   Your mom?
15   A   Yeah.
16   Q   Do you recall what kind of food processor
17 your mom had?
18   A   No.
19   Q   Okay. So I take it -- did you buy that
20 food processor for yourself or did someone buy it for
21 you?
22   A   No, I bought it.
23   Q   You bought it for yourself?
24   A   Uh-huh.

Page 21

00021
01   Q   Okay. So you bought it at the Wal-Mart?
02   A   Yeah.
03   Q   And you'll have to forgive me, what Wal-
04 Mart do you typically shop at?
05   A   The one in South Williamson, Kentucky.
06   Q   Is that just closer for you distancewise
07 or is there any particular reason you use the one at
08 South Williamson?
09   A   It's just that's just where we like to
10 shop.
11   Q   Okay. And I'm the same way. We have
12 like three Wal-Marts in Morgantown and I always go out
13 to the one, you know, closer to Grandville, whatever.
14 So you all typically go to the South Williamson,
15 Kentucky --
16   A   Yes.
17   Q   Okay. And you had obviously shopped
18 there before?
19   A   Yes.
20   Q   Was there anyone at the store who
21 recommended that particular food processor to you?
22   A   No.
23   Q   Okay. Was there any -- or can you tell
24 me, as you sit here today, was there any reason that

Tina Blankenship & Mark Blankenship v. Wal-Mart Stores, Inc., et al.
Deposition of Tina Blankenship
April 23, 2015

Sheet 11   Page 38

00038
01  Q   I thought they had a notation on there
02  that there was no copay in connection with your
03  surgery. But you think there was a copay?
04  A   I paid a copay to the doctor and that
05  covered so many months until -- and then at the ER I
06  would have had a copay.
07  Q   Do you have any idea what copay you would
08  have paid to the doctor? Do you know what -- I mean,
09  because I know typically when I take my kids, it's a
10  $25.00 copay when I go to the doctor.
11  A   No. Mine is five.
12  Q   Yours is five?
13  A   Yeah.
14  Q   And so that would have lasted you for all
15  of your treatments with Dr. Balono, do you think?
16  A   I think it was -- yes, I think so.
17  Q   Okay. And how about -- you probably have
18  a better rate on your ER deductible too because mine
19  is 100 bucks to go to the ER. Do you recall what
20  yours would have been?
21  A   I'm still thinking it's lower. I think
22  it's --
23  Q   You guys have some great benefits.
24  A   Yes.

Page 39

00039
01  Q   Do you think it would have been about
02  $25.00 or less than $25.00?
03  A   I might be five also. I'd have to check.
04  Q   Well, I can see why you guys want to keep
05  those benefits.
06  A   Yeah.
07  Q   Absolutely. Okay. Other than going to
08  the emergency room at Logan Regional Medical Center
09  and going to Three Gables and to see Dr. Balono, have
10  there been any other medical providers that you have
11  treated with as a result of your injuries?
12  A   That I've treated with?
13  Q   Yes.
14  A   No.
15  Q   So one of the questions I have, in
16  addition to all these other ones I've been asking you,
17  have you ever attended any type of physical therapy
18  for your hand?
19  A   No.
20  Q   Have you ever been told you need physical
21  therapy for your hand?
22  A   No.
23  Q   And at least according to the records
24  that I have, it looked like the last visit you had

Page 40

00040
01  with Dr. Balono was on October 14th of 2013. Does that
02  sound -- I won't hold you to the specific day, because
03  obviously, if you haven't read the medical record --
04  but does that sound about right in your head?
05  A   Yeah. That's --
06  Q   Okay. Can you tell me, did you ever -- I
07  know we were talking about the recall and I know you
08  told me you didn't see that or didn't know about the
09  recall until after your injury. Did you ever see the
10  recall poster posted at the South Williamson store?
11  A   No.
12  Q   Did you ever see the recall poster posted
13  at any Wal-Mart if -- and I know you frequently go to
14  South Williamson, but if you would have gone to any
15  other Wal-Mart, did you see it at any other Wal-Mart?
16  A   No.
17  Q   Okay. As you sit here today, have you
18  ever seen the recall poster posted at Wal-Mart?
19  A   No.
20  Q   Okay. This is me skipping around again,
21  I'm sorry. Why don't we kind of fast forward to -- or
22  rewind, I guess. I'm not going forward in time.
23  We're going back in time.
24      If we go to July 26th of 2013, tell me

Page 41

00041
01  what you recall doing that day. And, you know, I'm
02  concerned mostly with you using that food processor on
03  that particular day.
04      But before you get started, let me ask
05  you, do you have a recollection -- and I think I know
06  the answer to this, but I want to ask you, were you on
07  any medications that day?
08  A   No.
09  Q   Okay. And, you know, obviously, it
10  wasn't the Fourth of July holiday at that point in
11  time, but do you think you would have consumed any
12  alcohol prior to operating the food processor that
13  day?
14  A   No.
15  Q   Okay. That being said, I'll try not to
16  interrupt you and you tell me what you can remember
17  from July 26th, 2013.
18  A   I was making zucchini bread and as I was
19  reaching in to remove the blade, which I pushed down
20  on it, it came on and cut my fingers.
21  Q   Okay. Now, I'm probably going to ask you
22  more questions then you could ever imagine just from
23  that little bit that you told me. Do you recall about
24  what time of day it was that you were using the food

Tina Blankenship & Mark Blankenship v. Wal-Mart Stores, Inc., et al.
Deposition of Tina Blankenship
April 23, 2015

Sheet 13  Page 46

```
00046
01   A    Uh-huh.
02   Q    -- and then you put the lid on top of it?
03   A    Yes.
04   Q    And you use chop?
05   A    Chop.
06   Q    Okay. And then, tell me, after you were
07  done with that, you took the lid off?
08   A    Yes.
09   Q    Did you remove the bowl from the base of
10  the food processor?
11   A    With the first batch?
12   Q    Yes.
13   A    I probably reached my hand and removed
14  the blade and then dumped the zucchini.
15   Q    Okay. So when you reached your hand into
16  the bowl there to take the blade out, did you unplug
17  the food processor?
18   A    No.
19   Q    Okay. Did you use a spatula or anything
20  to help you, you know, go around the bowl at all?
21   A    Not until I poured it out.
22   Q    Okay. And so whenever you put your hand
23  in the first time, after you were done with the first
24  batch and you put your hand in to remove the blade,
```

Page 47

```
00047
01  did it jump on you at all?
02   A    No.
03   Q    Okay. Did you have any issues at all
04  when you put your hand in to remove the blade?
05   A    No.
06   Q    Okay. When you went to remove the blade
07  that first time, was it still properly seated where it
08  was supposed to be inside the food processor?
09   A    I think so.
10   Q    Okay. And everything was chopped up how
11  you expected it to be?
12   A    Uh-huh.
13   Q    Okay. Is that a yes? I'm sorry.
14   A    Yes.
15   Q    See, I told you I was going to call you
16  on it. So you take the blade out, you remove the bowl
17  from the food processor and then you take your
18  zucchini and I take it you put it in another bowl --
19   A    Yes.
20   Q    -- that you're mixing your zucchini bread
21  with?
22   A    Yes.
23   Q    Okay. Do you rinse the bowl out before
24  you put it back on the food processor?
```

Page 48

```
00048
01   A    Yes.
02   Q    Okay. So then after you rinse it out, do
03  you dry it off?
04   A    Yes.
05   Q    Okay. And then do you put the blade in
06  it before you put it back into the food processor or
07  when did you put the blade back into it?
08   A    I would have put the bowl first and then
09  the blade.
10   Q    Okay. And so you would put the bowl
11  first and then the blade. Would you have put the bowl
12  back on the food processor before you put the blade in
13  it --
14   A    Yes.
15   Q    -- or would you have done that like over
16  by the sink, you know, when you were drying it off,
17  putting the blade back --
18   A    No.
19   Q    -- in and then putting it over?
20   A    I would put the bowl on.
21   Q    You would put the bowl on --
22   A    And then the blade.
23   Q    -- the food processor?
24   A    Yes.
```

Page 49

```
00049
01   Q    And then the blade. Okay. And then you
02  would have put your second batch of chunked zucchini
03  into the bowl, put it on and you put it on chop again,
04  correct?
05   A    Yes.
06   Q    Did it do what it was supposed to do, it
07  chopped everything up?
08   A    No.
09   Q    It didn't. Okay. What happened?
10   A    There was a couple chunks of zucchini
11  that hadn't got mixed up.
12   Q    Okay. And so had you taken the lid off
13  to see this?
14   A    I could see it through --
15   Q    You could see --
16   A    -- through the bowl.
17   Q    Okay. You could see it through the bowl.
18  Okay. So what did you do at that point?
19   A    I took the lid off and reached my hand
20  inside and then when I touched the blade, that's when
21  it came on.
22   Q    And I just want to make sure I
23  understand. When you took the lid off, what were you
24  intending to do?
```

Tina Blankenship & Mark Blankenship v. Wal-Mart Stores, Inc., et al.
Deposition of Tina Blankenship
April 23, 2015

Sheet 29   Page 110

**00110**
01  A    No.
02  Q    I think, now don't hold me to this, but I
03  thought you had to be at least 16 to have a Facebook
04  page. Do you all supervise his Facebook page?
05  A    Yes. It's mostly for his basketball
06  team.
07  Q    Did your son post anything on Facebook
08  about your injury?
09  A    I'm not for sure. I don't think so.
10  Q    Okay. How about your husband, does he
11  have a Facebook page?
12  A    No.
13  Q    Okay. And I apologize, because I think
14  you answered this. Did you ever actually talk to
15  anyone at the Consumer Product Safety Commission?
16  A    No. It was just something online.
17  Q    Just something online?
18  A    Uh-huh.
19  Q    Did you ever receive a response to your
20  --
21  A    No.
22  Q    -- email?
23  A    No.
24  Q    Okay. And you didn't keep a copy of that

Page 111

**00111**
01  email that you sent?
02  A    No.
03  Q    Okay. And how did you get the number for
04  GE to call them?
05  A    I think it was just online. I think I
06  Googled GE customer service or something.
07  Q    Okay. And I think, as I recall your
08  testimony, you did not tell them you were injured
09  using the food processor?
10  A    I don't remember if I did.
11  Q    Okay. Did you ever receive any
12  correspondence directly from GE?
13  A    No.
14  Q    Okay. Did you ever contact Wal-Mart
15  directly about your injury with the food processor?
16  A    No.
17  Q    Okay. So it was a couple days later, I
18  think you said after this incident happened, that you
19  had called GE and they -- and you advised them that
20  you were late finding out about the recall and they
21  directed you to return it to Wal-Mart?
22  A    Uh-huh.
23  Q    Is that a yes? I'm sorry.
24  A    Yes.

Page 112

**00112**
01  Q    Okay. So as I understand, I think from
02  the information that you provided in your complaint on
03  August 7th, 2013, you returned to food processor to
04  Wal-Mart?
05  A    Yes.
06  Q    Okay. Did you do that by yourself or did
07  your husband drive you over there?
08  A    Mark went with me.
09  Q    Okay. Anyone besides you and Mark?
10  A    Colton was possibly with us, but I don't
11  remember.
12  Q    Okay. And I think you told me earlier
13  that, you know, you didn't have a box to put the food
14  processor back in. Did you get like all of the --
15  like the kneader, I think you said, and all of the
16  tools that came with it and just kind of put it in a
17  bag or --
18  A    Yes.
19  Q    -- and take it back?
20  A    Yes.
21  Q    Okay. And was your husband with you when
22  you went to the customer service desk at Wal-Mart?
23  A    Yes.
24  Q    Okay. And so he was there when you

Page 113

**00113**
01  returned the product?
02  A    Yes.
03  Q    Okay. When you went to return the
04  product, tell me what you told them at Wal-Mart, why
05  you were returning the product?
06  A    I told them that -- well, they could see
07  I'd been injured. I was all bandaged up and I told
08  them that there had been a recall on it and the clerk
09  wasn't for sure if she could take it back because the
10  -- the recall wasn't still on the board.
11       But GE, that -- whoever I'd spoke with
12  had gave me a number and said if they had a question,
13  they could call them and so I just gave her all that.
14  And she called GE and got what she needed to do the
15  refund.
16  Q    Okay. And did you, in fact, get your
17  money back?
18  A    I got a gift card.
19  Q    Okay. Was that acceptable to you or did
20  you want the cash?
21  A    Well, I -- you know, it was fine.
22  Q    Okay. At the time that you told her that
23  there was a recall, did you tell her that you had
24  injured your hand using the food processor?

Tina Blankenship & Mark Blankenship v. Wal-Mart Stores, Inc., et al.
Deposition of Tina Blankenship
April 23, 2015

Sheet 30 Page 114

00114
01  A    The clerk at Wal-Mart?
02  Q    Yes.
03  A    Yes.
04  Q    Okay. And tell me exactly what you told
05  her, because when you were telling me what had
06  happened before, you didn't tell me that you had told
07  her that you were injured.
08  A    I told her I needed to return it, that
09  there had been a recall and I had cut my fingers on
10  it.
11  Q    Okay. Do you happen know what this gal
12  looked like or what her name was?
13  A    I remember one I spoke with. Her name
14  was like Loretta. She was kind of short, brown hair,
15  to the best I can remember.
16  Q    Okay. Have you ever seen her at the
17  store since you've returned --
18  A    No.
19  Q    -- the food processor?
20  A    No.
21  Q    Okay. Was she at the customer service
22  desk?
23  A    Yes.
24  Q    Okay. Was she older? Was she younger?

Page 115

00115
01  A    Possibly my age.
02  Q    Okay. Did you tell her that you had cut
03  your fingers on the food processor?
04  A    Yes.
05  Q    Okay. And what did she say in response
06  to that?
07  A    Oh, yuck.
08  Q    Did she ask you if you wanted to fill out
09  a report?
10  A    No.
11  Q    Did you ask to fill out a report?
12  A    No.
13  Q    Was Loretta the one who called GE to see
14  about the return?
15  A    Yes.
16  Q    Who else did you talk to at Wal-Mart that
17  day?
18  A    There was a couple more clerks there that
19  went over to see if the recall sheet was still on the
20  board, but I don't recall their names.
21  Q    Okay. And I think you had indicated that
22  someone made the statement that the recall poster
23  hadn't been listed long enough.
24  A    Yes.

Page 116

00116
01  Q    Okay. Can you describe who it was that
02  said that?
03  A    It was just the clerk that went over the
04  board. She said they normally don't keep the recall
05  sheets long enough, so she couldn't find it on the
06  food processor.
07  Q    Okay. Do you know, after you talked to
08  -- or after you went online and you found that the
09  food processor had been recalled, do you recall what
10  time it was that the food processor was actually
11  recalled?
12  A    No, no.
13  Q    So you didn't know if it had been over a
14  year since the food processor had been recalled --
15  A    I think the date --
16  Q    -- and you returning it?
17  A    -- was on there, but I don't recall what
18  it was. I think that's why I called GE to see if it
19  was still -- if I should still take it back or what I
20  should do with it.
21  Q    Okay. Can you give me any type of
22  physical description of those clerks who would have
23  said that they don't keep the recall sheets up long
24  enough?

Page 117

00117
01  A    No. I remember one had sandy hair, but I
02  don't recall. I think they were around my age too.
03  Q    Did any of them have glasses?
04  A    I don't remember.
05  Q    Were they all white?
06  A    Yes.
07  Q    I think you had also mentioned in your
08  discovery responses that someone said that the food
09  processor should have been removed from the shelf.
10  A    Uh-huh.
11  Q    Okay. Who said that, the same person,
12  the same sandy-colored --
13  A    I think so.
14  Q    -- hair lady?
15  A    One of them said make sure they're all --
16  they should all be removed from the shelf, something
17  to that effect.
18  Q    Okay. When you went to the store that
19  day, did you look for a new food processor?
20  A    No.
21  Q    Okay. Do you know if there were any of
22  this food processor still on the shelves at the store
23  on the day that you returned it?
24  A    No.

Tina Blankenship & Mark Blankenship v. Wal-Mart Stores, Inc., et al.
Deposition of Tina Blankenship
April 23, 2015

Sheet 31   Page 118

```
00118
01  Q    Okay. At the time that you returned that
02  food processor, had you contemplated suing GE or Wal-
03  Mart --
04  A    No.
05  Q    -- as a result of your injuries?
06  A    No.
07  Q    When did you first think about filing a
08  lawsuit?
09  A    The longer it went and I realized the
10  main reason that I'd bought the food processor was the
11  same reason I got hurt and we just decided then.
12  Q    Okay. When would that have been in
13  relation to the date of your injury?
14  A    I don't recall the exact date.
15  Q    Okay. Was it within a week of returning
16  the food processor --
17  A    Oh, no.
18  Q    -- to Wal-Mart?
19  A    No.
20  Q    A month?
21  A    It was months.
22  Q    Months later?
23  A    Yeah.
24  Q    At the time that you were thinking about
```

Page 119
```
00119
01  filing a lawsuit, had you -- you'd already had your
02  surgery?
03  A    Yes.
04  Q    And had you finished treating with Dr.
05  Balono?
06  A    Yes.
07  Q    Okay. At any point in time when you
08  returned the food processor to Wal-Mart, did you ask
09  them to keep it for you?
10  A    No.
11  Q    Okay. Did you say, look, you might want
12  to keep this because I injured my hand on it?
13  A    No.
14  Q    Did your husband make any comments or
15  have any conversations with the clerks?
16  A    No.
17  Q    Or was it just you?
18  A    He was there with me, but I don't recall
19  anything particular that they said.
20  Q    Okay. How about anything particular that
21  your husband said to any of the Wal-Mart personnel?
22  A    No, I don't remember anything.
23  Q    Okay. As you sit here today, do you
24  remember your husband telling anyone at Wal-Mart to
```

Page 120
```
00120
01  make sure that they kept that food processor?
02  A    No.
03  Q    Okay. Did you know anyone who worked at
04  that South Williamson, Kentucky store?
05  A    No.
06  Q    Okay. Since your injuries and when you
07  went online and you found that the product had been
08  recalled, have you personally talked to anyone else
09  who alleges that they have been injured by this food
10  processor?
11  A    No.
12  Q    Okay. So you've never had any
13  conversations with a gal by the name of Andrea Lock?
14  A    No.
15  Q    How did you find Mr. Carr?
16  A    I just was looking.
17  Q    Okay. Where were you looking, in the
18  phonebook? Were you looking online?
19  A    No. I think I was online and had made an
20  email or something. I can't remember.
21  Q    Okay. Did you reach out to Mr. Carr
22  first or did Mr. Carr reach out to you?
23       MR. CARR: I'm going to object to the
24  extent that how we communicated with each other I
```

Page 121
```
00121
01  think goes to the attorney/client privilege and so how
02  she communicated with me and how I communicated with
03  her, even if she's just a perspective client, would
04  still be an attorney/client privilege, so on that
05  particular question, I would instruct her not to
06  answer.
07       MS. NOEL: Okay. Because I think the
08  substance of your communication would absolutely be
09  privileged, but I don't know that I agree with you
10  that whether you reached out to her or, you know, she
11  reached out to an internet ad or something. I don't
12  know necessarily think that I agree with you.
13       BY MS. NOEL:
14  Q    But let me ask you this way. Did you
15  find an internet advertisement, you know, reflecting
16  Mr. Carr's services?
17  A    No.
18  Q    Okay. Did someone recommend Mr. Carr to
19  you?
20  A    No.
21  Q    Okay. At the time that you retained Mr.
22  Carr to represent you in this case, had you contacted
23  anyone at Wal-Mart about being injured?
24  A    No.
```

Tina Blankenship & Mark Blankenship v. Wal-Mart Stores, Inc., et al.
Deposition of Tina Blankenship
April 23, 2015

Sheet 32   Page 122

**00122**

01  Q   Okay. The first correspondence that I
02  have from Mr. Carr is dated June 13th, 2014. Does that
03  sound about around the time that you retained Mr. Carr
04  to represent you in this matter about almost a year
05  after your incident?
06  A   Probably, yeah.
07  Q   Okay. After you retained Mr. Carr, did
08  you ever go back to the South Williamson store and ask
09  them if they still had the food processor?
10  A   No.
11  Q   Okay. So you never asked them if you
12  could get the food processor back?
13  A   No.
14  Q   To the extent you're not on Facebook, I
15  take it you don't blog?
16  A   No.
17  Q   Okay. And do you post on your son's
18  Facebook account?
19  A   No.
20  Q   I was going to ask, do you still happen
21  to have the original return receipt or did you provide
22  that to your attorneys whenever the food processor was
23  returned?
24  A   I gave it to him, I believe.

Page 123

**00123**

01  Q   Was there any particular reason why you
02  kept that receipt?
03  A   No.
04  Q   Because I'm just wondering because I --
05  well, let me ask you this, when you returned the food
06  processor to Wal-Mart, did you return the instruction
07  manual with it?
08  A   No.
09  Q   But you held onto the sales receipt -- or
10  the return receipt, I'm sorry?
11  A   Yes.
12  Q   Okay. Why did you think it was important
13  to give that to Mr. Carr?
14  A   Actually, I had just found it in the
15  hutch and thought, well, this is where I returned that
16  food processor.
17  Q   Gotcha. Okay. Do you currently have a
18  food processor in your house?
19  A   No.
20  Q   Okay. I know I've asked you this to some
21  extent, but I just want to make sure I have a complete
22  understanding of the problems that you allege you
23  still have with your hand.
24      As I understand them, you still have --

Page 124

**00124**

01  you don't have full range of motion in your index
02  finger?
03  A   Yes.
04  Q   Okay. What other problems do you have
05  with your hand --
06  A   I have --
07  Q   -- your fingers, I'm sorry.
08  A   -- tingling, like they're numb underneath
09  and I get burning sensations through the index finger
10  and some sharp pain through the top of my hand.
11  Q   Okay. And let me back you for just a
12  minute. That tingling sensation that you get, is that
13  in all of your fingers or is it just your index and
14  your middle?
15  A   It's just the two, index and the middle.
16  Q   Okay. And is that something that you
17  have all the time or is there something that you do
18  that causes you to have this tingling sensation?
19  A   It's not all the time, but like when I
20  drive, I have to take my fingers off the steering
21  wheel. It makes them feel funny.
22  Q   Okay. Is it kind of like a pins and the
23  -- pins and needles --
24  A   Yeah, like it's asleep.

Page 125

**00125**

01  Q   -- like when it falls asleep?
02  A   Yeah.
03  Q   And when it does that, how long does it
04  kind of stay in that sleeping mode?
05  A   For a while. It just varies.
06  Q   More than an hour?
07  A   Maybe not that long, no.
08  Q   Does it do it a couple times during a day
09  or is it like, you know, once a week or --
10  A   No. It's every day. Just driving down
11  the road, it'll make it feel that way. And then I can
12  set my hand off the steering wheel and flex them a
13  little bit and it will come back.
14  Q   It'll come back?
15  A   Yeah.
16  Q   Okay. Now, this burning sensation, I
17  think you said that as in your index finger.
18  A   Uh-huh. It's through the scar part.
19  Q   Okay. And that's through the scar. Is
20  that a constant or is it like, you know, when there's
21  pressure on your hand that it feels like it's burning?
22  A   It burns off and on throughout the day at
23  different times, but it's always numb on that scar.
24  Q   Okay. And is that middle finger the